No. 3231.—MARTÍNEZ, APDA., v. LÓPEZ DÍAZ, APLTE.—C. D. Humacao. Junio 2, 1924. Confirmada la resolución apelada fijando las costas y honorarios de abogado en $210, por los fundamentos del caso de *Fragoso* v. *Marxuach,* 32 D.P.R. 690, y casos citados en el mismo.

No. 2281.—EL PUEBLO, APDO., v. RAMÍREZ, APLTE.—C. D. Arecibo. Ataque para cometer violación. Junio 4, 1924. Revocada la sentencia y absuelto el acusado porque la acusación no contiene hechos suficientes para imputar el delito por el cual fué condenado, de acuerdo con la doctrina de los casos de *People* v. *Everret,* 10 Cal. App. 12, y *El Pueblo* v. *Cortés,* 24 D.P.R. 208.

No. 3310.—RIVERA, APLDA. v. CALZADA ET AL., APLTE. EL PRIMERO.—Tercería de bienes inmuebles. C. D. San Juan, Distrito 2º. Junio 5, 1924. Desestimada la apelación porque si bien la transcripción contiene la opinión de la corte inferior, no incluye la sentencia que debió registrarse y contra la cual se interpuso el recurso.

No. 2295.—EL PUEBLO, APDO., v. TORRES, APLTE.—C. D. Ponce. Adulteración de leche. Junio 9, 1924. Revocada la sentencia apelada porque la prueba demuestra que el acusado era un mero conductor de la leche adulterada, vendida por otra persona.

No. 3299. — BORINQUEN TRADING CORPORATION, APLTE., v. PEREIRA, APDO.—Cobro de pagaré. C. D. San Juan, Distrito 2º. Junio 10, 1924. Confirmada la resolución apelada vistas la ley para asegurar la efectividad de sentencias de marzo 1, 1902, la orden de embargo y su diligenciamiento, la sección 66 de la Ley Municipal, 25 C. J. 71 (sección 116) *g,* y 28 C. J. 174 (sección 219) (4).